DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1885

_____

February 20, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Wolfgang Krug, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.